IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RUDY KOSANOVICH, )
    Plaintiff, )
     )
    v. ) Civil Action No. 08-325
     )
INSURANCE COMPANY OF HANNOVER, )
ET AL., )
    Defendants. )

ORDER

AND NOW, this 9th day of April, 2008, IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action No. 08-460 is consolidated with Civil Action No. 08-325 the lead case captioned above.

2. All pleadings, motions, and other papers hereafter filed shall be filed at Civil Action No. 08-325

3. The Clerk of Court shall close Civil Action No. 08-460.

BY THE COURT:

_____

cc: All Parties of Record