# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUDY KOSANOVICH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>) CIVIL ACTION NO: 2:08-cv-325<br>INSURANCE COMPANY OF HANNOVER )<br>and/or INSURANCE COMPANY OF )<br>HANNOVER, now known as PRAETORIAN )<br>INSURANCE COMPANY and )<br>THE HARTFORD, THE HARTFORD FIRE )<br>INSURANCE COMPANY, ALTERNATIVE )<br>MARKET PLACEMENT, PROGRESSIVE )<br>SPECIALTY INSURANCE AGENCY, INC., )<br>and NUTMEG INSURANCE AGENCY, INC., )<br>)<br>Defendants. ) | |

## STIPULATION FOR SETTLEMENT OF CASE

We the attorneys for the respective parties, do hereby stipulate that the above-referenced matter has been settled and that the Court may enter an order accordingly, notice by the Clerk being hereby waived.

s/John P. Gismondi
John P. Gismondi, Esquire
Gismondi & Associates
Suite 700, The Grant Building
310 Grant Street
Pittsburgh, PA 15219
Attorney for Rudy Kosanovich

s/Bethann R. Lloyd
Bethann R. Lloyd, Esquire
Grogan Graffam, PC
Four Gateway Center, 12th Floor
Pittsburgh, PA 12522
Attorney for Hartford, AMP, Nutmeg

s/ Richard B. Wickersham, Jr.
Richard B. Wickersham, Jr., Esquire
Post & Schell, PC
Four Penn Center, 13th Floor
1600 John F. Kennedy Boulevard
Philadelphia, PA 19103-2808
Attorney for Insurance Corporation of Hannover

s/David F. Russey
David F. Russey, Esquire
Cohen & Grigsby, PC
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222
Attorney for Progressive Specialty Insurance Agency

## ORDER

AND NOW, this \_\_\_9th\_\_\_ day of \_\_\_Feb_____, 2009, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE